Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN A. TORRES, an individual;<br><br>　　　　　　　　Plaintiff;<br><br>　v.<br><br>COMENITY CAPITAL BANK, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; TRANS UNION LLC, a foreign limited-liability company;<br><br>　　　　　　　　Defendants. | Case No.: 2:24-cv-00221-JAD-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF COMENITY CAPITAL BANK WITH PREJUDICE**<br><br>**ECF No. 17** |

Plaintiff, Juan A. Torres ("Plaintiff"), and Defendant, Comenity Capital Bank ("Comenity") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Comenity bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: June 5, 2024

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: June 5, 2024

**LIPSON NEILSON P.C.**

*/s/ Joseph P. Garin*
Joseph P. Garin, Esq.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
jgarin@lipsonneilson.com
***Attorney for Comenity Capital Bank***

## ORDER

Based on the stipulation between the plaintiff and Defendant Comenity Capital Bank to dismiss the claims against Comenity [ECF No. 17] and with good cause appearing, and because the dismissal of the claims against Comenity leaves no claims or parties pending, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 6, 2024